590

702 A.2d 361

Patricia FERST, Petitioner,

v.

Conrad T. FRAIDER, D.O., and Suburban General Hospital and Acromed, Inc., Respondents.

Supreme Court of Pennsylvania.

Oct. 29, 1997.

Jeffrey S. Kahn, Plymouth Mtg., for petitioner.

## ORDER

PER CURIAM:

AND NOW, this 29th day of October, 1997, the Petition for Allowance of Appeal is GRANTED. This matter is RE-MANDED to the trial court for further proceedings in accordance with this Court's recent decision in *Cheeseman v. Lethal Exterminator, Inc.*, 549 Pa. 200, 701 A.2d 156 (1997).